# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| **PRIORITY AUTO GROUP, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: 2:12-cv-00492-RBS-LRL |
| ) | |
| **FORD MOTOR COMPANY** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF SUBMISSION

Plaintiff, Priority Auto Group, Inc., ("Priority"), by counsel, submits its Notice of Submission for Exhibits U, V, W, X, Y, Z, and AA filed as attachments to its Opposition to Defendant's Motion for Summary Judgment.

Respectfully submitted,

Dated: March 22, 2013

_____/s/_____
Brad D. Weiss (VSB 22389)
Michael G. Charapp (VSB 14329)
Charapp & Weiss, LLP
8180 Greensboro Drive, Suite 1000
McLean, Virginia 22102
(703) 564-0220 (office)
(703) 564-0221 (facsimile)
brad.weiss@cwattorneys.com
mike.charapp@cwattorneys.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this 22nd day of March 2013, a copy of the foregoing was served via the Court's ECF system to the following:

Richard J. Cromwell, Esq.
Kenneth W. Abrams, Esq.
McGuire Woods, LLP
101 W. Main Street, Suite 9000
Norfolk, Virginia 23510
(757) 640-3775 (office)
(757) 640-3955 (facsimile)
rcromwell@mcguirewoods.com
kabrams@mcguirewoods.com

Tracy J. Walker, IV, Esq.
McGuire Woods, LLP
901 East Cary Street
Richmond, Virginia 23219
(804) 775-1131 (office)
(804) 698-2201 (facsimile)
twalker@mcguirewoods.com

Kurt D. Williams, Esq. (pro hac vice)
Stephen M. Bledsoe, Esq. (pro hac vice forthcoming)
Berkowitz Oliver, LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
(816) 561-7007 (office)
(816) 561-1888 (facsimile)
kwilliams@berkowitzoliver.com

*Counsel for Defendant*

              _____/s/_____
              Brad D. Weiss (VSB 22389)
              Michael G. Charapp (VSB 14329)